**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Piotr Modzelewski            CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 24-13083 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Firstrust Bank and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
18 Nov 2024, 16:00:54, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322