# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-13083** |
| **Piotr Modzelewski** : | **Chapter 7** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for U.S. Bank National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (333394)
    Adam B. Hall (323867)
    MDK Legal
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@mdklegal.com

24-026663_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 24-13083** |
| **Piotr Modzelewski** | : **Chapter 7** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

ROBERT W. SEITZER, Chapter 7 Trustee, rseitzer@karalislaw.com

Paul H. Young, Attorney for Piotr Modzelewski, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Piotr Modzelewski, 28 Ruthies Way, Chalfont, PA  18914

/s/ Stephen R. Franks

24-026663_PS