**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   **PIOTR MODZELEWSKI**        :   **CHAPTER 13**
                                      :
         **Debtor**                   :   **BANKRUPTCY NO. 24-13083**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Motion to Extend Time to file Reaffirmation Agreement, docket number 21, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.


                                        /s/Paul H. Young
                                        Paul H. Young, Esquire
                                        Attorney for Debtor
                                        3554 Hulmeville Road, Ste. 102
                                        Bensalem, PA 19020


Date: December 6, 2024