Certificate Number: 03621-PAE-DE-039154138

Bankruptcy Case Number: 24-13083



03621-PAE-DE-039154138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2024, at 10:03 o'clock AM EST, Piotr Modzelewski completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 13, 2024           By:    /s/Leylani Rivera

                                   Name:  Leylani Rivera

                                   Title: Credit Counselor