### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13083** |
| **Piotr Modzelewski** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **January 15, 2025 at 12:30 p.m.** |
| **vs** | : | |
| | : | |
| **Piotr Modzelewski** | : | **U.S. Bankruptcy Court** |
| **ROBERT W. SEITZER** | : | **900 Market Street, Suite 400, Courtroom** |
| **Respondents.** | : | **#4** |
| | : | **Philadelphia, PA, 19107** |

## <u>NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE WITH 30-DAY WAVIER</u>

U.S. Bank National Association has filed a Motion for Relief from Automatic Stay with 30-day waiver.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 31, 2024, you or your attorney must do **<u>ALL</u>** of the following:

    A.  File an answer explaining your position at:

    ### Clerk, U.S. Bankruptcy Court
    U.S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

    B.  Mail a copy to the Creditor's attorney and the below listed:

24-026663_EJS1

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA  19103
rseitzer@karalislaw.com

MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above,
    and attend the hearing, the Court may enter an Order granting the relief requested in the
    Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan
    on January 15, 2025 at 12:30 p.m. in U.S. Bankruptcy Court, 900 Market Street, Suite
    400, Courtroom #4, Philadelphia, PA, 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if
    you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been
    canceled because no one filed an answer.

DATE:  12/16/2024

24-026663_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 24-13083** |
| **Piotr Modzelewski** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **January 15, 2025 at 12:30 p.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Piotr Modzelewski** | : | **900 Market Street, Suite 400, Courtroom** |
| **ROBERT W. SEITZER** | : | **#4** |
| Respondents. | : | **Philadelphia, PA, 19107** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay with 30-day wavier was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

ROBERT W. SEITZER, Chapter 7 Trustee, rseitzer@karalislaw.com

PAUL H. YOUNG, Attorney for Piotr Modzelewski, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Piotr Modzelewski, 28 Ruthies Way, Chalfont, PA  18914

/s/Stephen R. Franks

24-026663_EJS1