# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 24-13083 |
| **Piotr Modzelewski** | Chapter 7 |
| | Judge Ashely M. Chan |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **U.S. Bank National Association** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | January 15, 2025 at 12:30 p.m. |
| | |
| **Piotr Modzelewski** | U.S. Bankruptcy Court |
| **ROBERT W. SEITZER** | 900 Market Street, Suite 400, Courtroom #4 |
| Respondents. | Philadelphia, PA, 19107 |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT U.S. BANK NATIONAL ASSOCIATION TO REPOSSESS THE 2022 TELSA MODEL Y WITH THE VEHICLE IDENTIFICATION NUMBER 7SAYGDEF4NF462981 (DOCUMENT NO. 27)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 16, 2024, at Document No. 27 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 31, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks
Stephen R. Franks, Esquire (333394)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@mdklegal.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-13083** |
| **Piotr Modzelewski** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **January 15, 2025 at 12:30 p.m.** |
| | : | |
| **Piotr Modzelewski** | : | **U.S. Bankruptcy Court** |
| **ROBERT W. SEITZER** | : | **900 Market Street, Suite 400, Courtroom #4** |
| Respondents. | : | |
| | : | **Philadelphia, PA, 19107** |

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay to Permit U.S. Bank National Association to Repossess the 2022 Telsa Model Y with the Vehicle Identification Number 7SAYGDEF4NF462981 (Document No. 27) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

ROBERT W. SEITZER, Chapter 7 Trustee, rseitzer@karalislaw.com

PAUL H. YOUNG, Attorney for Piotr Modzelewski, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Piotr Modzelewski, 28 Ruthies Way, Chalfont, PA  18914

/s/Stephen R. Franks