**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 24-13083** |
| **Piotr Modzelewski** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **January 15, 2025 at 12:30 p.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Piotr Modzelewski** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **ROBERT W. SEITZER** | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |
| | : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2022 TELSA MODEL Y, VIN 7SAYGDEF4NF462981

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank National Association ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankrupcty Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: ___Jan. 16, 2025_____        _____

Judge Ashely M. Chan
United States Bankruptcy Judge